JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LUCERO;<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT MURILLO; FOX RENT A CAR, INC.; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:23-CV-09119-FMO-MRW<br><br>**ORDER RE JOINT STIPULATION [15] TO REMAND CASE TO STATE COURT**<br><br>Action Removed:    Oct. 27, 2023  Trial Date:             N/A |

TO THE PARTIES:

Based upon the stipulation of the parties and the lack of subject matter jurisdiction, as to FOX RENT A CAR, INC., this matter is remanded back to Los Angeles County Superior Court, Case No. 23LBCV01487 pursuant to 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

Dated: 11/14/23

/s/
HON. FERNANDO M. OLGUIN
U.S. District Judge

ORDER
1